## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Strio Consulting, Inc., | Civil No. 0:19-cv-01048 ECT/BRT |
| Plaintiff, | |
| v. | **RULE 7.1 – CORPORATE DISCLOSURE STATEMENT** |
| Rocket Power, Inc., | |
| Defendant. | |

Plaintiff Strio Consulting, Inc., makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Strio Consulting, Inc. have a parent corporation?

    ☑ Yes           ☐ No

    The parent corporation is C2 Holdings, LLC.

2. Is 10% or more of the stock of Strio Consulting, Inc. owned by a publicly held corporation?

    ☐ Yes           ☑ No

**FAFINSKI MARK & JOHNSON, P.A.**

Dated: May 10, 2019

By:  *s/ Tyler P. Brimmer*
Tyler P. Brimmer (#0392700)
Christopher R. Sall (#0395633)
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN  55344
Telephone:  952.995.9500
Facsimile:   952.995.9577
tyler.brimmer@fmjlaw.com
christopher.sall@fmjlaw.com

**Attorneys for Plaintiff**