## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Strio Consulting, Inc., a Minnesota Corporation, | Civ. No. 19-1048 (ECT-BRT) |
| Plaintiff, v. | |
| RocketPower, Inc., a Delaware Corporation, | **ORDER** |
| Defendant. | |
| RocketPower, Inc., a Delaware Corporation, | Civ. No. 19-1928 (ECT-BRT) |
| Plaintiff, v. | |
| Strio Consulting, Inc., a Minnesota Corporation, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that:

1. Rocket Power, Inc.'s ("RocketPower") Stipulation and Joint Motion to Grant RocketPower an Extension to File a Responsive Pleading to Strio's Amended Complaint (Doc. No. 48) and an Objection to the Magistrate's October 3, 2019 Order, (Doc No. 47) is **GRANTED**.

2. RocketPower is granted an extension to file a responsive pleading to Strio's Amended Complaint and an objection to this Court's October 3, 2019 Order within 14 days of the District Court's ruling on Strio's motion to dismiss.

Date:   October 17, 2019

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge
