UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 19-CV-01048-ECT-BRT

Strio Consulting, Inc.,
a Minnesota Corporation,

        Plaintiff,

v.

**JOINT STIPULATION TO AMEND
COMPLAINT TO ASSERT PUNITIVE
DAMAGES**

RocketPower, Inc.,
a Delaware Corporation,

        Defendant.

Case No.: 19-CV-01928-ECT-BRT

RocketPower, Inc.,
a Delaware Corporation,

        Plaintiff,

v.

Strio Consulting, Inc.,
a Minnesota Corporation,

        Defendant.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Strio Consulting, Inc. ("Strio") and RocketPower, Inc. ("RocketPower") jointly stipulate to amend their respective amended complaints and counterclaims to assert a claim for punitive damages. This stipulation is based upon the following:

**WHEREAS** on April 17, 2019, Strio filed its Complaint asserting claims for breach of contract, unjust enrichment, and civil theft and conversion.

**WHEREAS** on April 30, 2019, RocketPower filed its Complaint asserting claims for declaratory judgment, intentional interference with contractual relations, and negligent interference with prospective economic advantage.

**WHEREAS** on May 10, 2019, RocketPower filed its First Amended Complaint adding a claim for unfair competition.

**WHEREAS** on October 4, 2019, Strio filed its First Amended Complaint adding a claim for tortious interference with contract.

**WHEREAS** Strio has answered and asserted a counterclaim for tortious interference with contract.

**WHEREAS** RocketPower has answered and asserted counterclaims for breach of contract, unjust enrichment, breach of implied covenant of good faith and fair dealing, and civil theft and conversion.

**WHEREAS** Strio and RocketPower have asserted claims and counterclaims for which punitive damages may be available under applicable state law.

**WHEREAS** Strio seeks punitive damages in connection with its claims and counterclaims for tortious interference with contract, civil theft, and conversion.

**WHEREAS** RocketPower seeks punitive damages in connection with its claims and counterclaims for intentional interference with contract, civil theft, and conversion.

**IT IS HEREBY STIPULATED**, by and between Strio and RocketPower, by and through their respective counsel, that:

1.      Strio and RocketPower should be granted leave to amend to file their respective Second Amended Complaint asserting a claim for punitive damages by March 27, 2020.

2

2.      Responsive pleadings and counterclaims shall be due by April 3, 2020. The parties should be permitted to amend their respective responsive pleadings only to the extent necessary to address the opposing party's claim for punitive damages. The parties should be permitted to amend their respective counterclaims only to assert a claim for punitive damages.

3.      Answers to counterclaims shall be due by April 10, 2020. The parties should be permitted to amend their previous answers to counterclaims only to the extent necessary to address the opposing party's claim for punitive damages.

Dated:  March 13, 2020

ANTHONY OSTLUND
BAER & LOUWAGIE P.A.

By:    /s/Lisa R. Petersen
Lisa R. Petersen (pro hac vice)
(Utah #07598)
Cohne Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Tel: 801.415.0121
Fax: 801.363.4378
lpetersen@ck.law

and

Courtland C. Merrill (#311984)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996
cmerrill@anthonyostlund.com

**Attorneys for RocketPower, Inc.**

FAFINSKI MARK & JOHNSON, P.A.

By:    /s/Tyler P. Brimmer
Tyler P. Brimmer (#0392700)
Adina R. Florea (#0395026)
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
Telephone: 952.995.9500
Facsimile: 952.995.9577
tyler.brimmer@fmjlaw.com
adina.florea@fmjlaw.com

**Attorneys for Strio Consulting, Inc.**