UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Strio Consulting, Inc.,<br>a Minnesota Corporation,<br><br>   Plaintiff and Counterclaim Defendant,<br>v.<br><br>RocketPower, Inc.,<br>a Delaware Corporation,<br><br>   Defendant and Counterclaim Plaintiff. | Case No.: 19-CV-01048-ECT-BRT<br><br>**ROCKETPOWER INC.'S MOTION TO DISQUALIFY FAFINSKI, MARK & JOHNSON, P.A.** |
| RocketPower, Inc.,<br>a Delaware Corporation,<br><br>   Plaintiff and Counterclaim Defendant,<br>v.<br><br>Strio Consulting, Inc.,<br>a Minnesota Corporation<br><br>   Defendant and Counterclaim Plaintiff. | Case No.: 19-CV-01928-ECT-BRT |

RocketPower, Inc. ("RocketPower"), through undersigned counsel, hereby respectfully moves to disqualify the law firm Fafinski Mark & Johnson, P.A. ("FMJ") from its representation of Strio Consulting, Inc. ("Strio") in the above captioned matters.

The basis for RocketPower's Motion, which is more fully set forth in its Memorandum of Law and Points of Authority filed contemporaneously herewith, is that FMJ entered into an attorney-client relationship with RocketPower, that attorney-client relationship gives rise to FMJ's conflict-of-interest in its representation of Strio in these

matters, and that RocketPower has not waived the conflict.  Accordingly, pursuant to Rule 1.7 and 1.9(a) of the Minnesota Rules of Professional Conduct, FMJ should be disqualified from representing Strio in the above captioned matters.

RocketPower requests oral argument on this Motion.

Dated this 3rd day of August, 2020.

                       **COHNE KINGHORN**

*/s/ Lisa R. Petersen*
Lisa R. Petersen (*Admitted pro hac*)
111 East Broadway, 11th Floor
Salt Lake City, UT  84111
Telephone: 801-363-4300
Facsimile:  801-363-4378
lpetersen@ck.law

 and

Courtland C. Merrill (#311984)
ANTHONY OSTLUND BAER
& LOUWAGIE, P.C.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: 612-349-6969
Facsimile:  612-349-6996
cmerrill@anthonyostlund.com

*Attorneys for RocketPower, Inc.*