UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Strio Consulting, Inc., a Minnesota Corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RocketPower, Inc., a Delaware Corporation,<br><br>    Defendant and Counterclaim Plaintiff. | Case No.: 19-CV-01048-ECT-BRT<br><br>**ROCKETPOWER INC.'S STATEMENT OF REDACTION PURSUANT TO MINN. L.R. 5.6(d)(A)(ii)**<br><br>**ROCKETPOWER, INC.'S MEMORANDUM OF LAW AND POINTS OF AUTHORITY IN SUPPORT OF ITS MOTION TO DISQUALIFY FAFINSKI MARK & JOHNSON, P.A.** |
| RocketPower, Inc., a Delaware Corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>Strio Consulting, Inc., a Minnesota Corporation,<br><br>    Defendant and Counterclaim Plaintiff. | Case No.: 19-CV-01928-ECT-BRT<br><br>**FILED UNDER TEMPORARY SEAL** |

RocketPower, Inc. ("RocketPower") submits the following Statement of Redaction pursuant to Minn. L.R. 5.6(d)(A)(ii). Specifically, RocketPower submits RocketPower, Inc.'s Memorandum of Law and Points of Authority in Support of Its Motion to Disqualify Fafinski Mark & Johnson, P.A. under temporary seal, as the entire document

{00506786.DOCX /}

requires too much redaction based on attorney/client privileged information and pursuant to Minn. L.R. 5.6(c) and Court Order (ECF No. 19) in Case No. 19-cv-01048-ECT-BRT.

Dated this 3rd day of August, 2020.

**COHNE KINGHORN**

*/s/ Lisa R. Petersen*
Lisa R. Petersen (*Admitted pro hac*)
111 East Broadway, 11th Floor
Salt Lake City, UT  84111
Telephone: 801-363-4300
Facsimile:  801-363-4378
lpetersen@ck.law

and

Courtland C. Merrill (#311984)
ANTHONY OSTLUND BAER
& LOUWAGIE, P.C.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: 612-349-6969
Facsimile:  612-349-6996
cmerrill@anthonyostlund.com

*Attorneys for RocketPower, Inc.*