# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# MOTION HEARING VIA ELECTRONIC MEANS

Strio Consulting, Inc.,

                Plaintiff,

v.

Rocket Power, Inc.,

                Defendant.

### COURT MINUTES
BEFORE: Becky R. Thorson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 19cv1048 (BRT/ECT) |
| Date: | October 1, 2020 |
| Location: | (via electronic means) |
| Court Reporter: | Lynne Krenz |
| Hearing Time Commenced: | 9:30 a.m. |
| Hearing Time Concluded: | 10:44 a.m. |
| Time in Court: | 1 Hours & 14 Minutes |

APPEARANCES:

For Plaintiff:      Tyler P. Brimmer, Esq., and Adina R. Florea, Esq., Fafinski Mark & Johnson

For Defendant:    Lisa R. Petersen, Esq., Cohne Kinghorn, and Courtland C. Merrill, Esq., Anthony Ostlund Baer & Louwagie PA

Hearing on:       Motion to Disqualify Counsel (Doc. No. 117)

**ORDER TO BE SUBMITTED BY:**      **X COURT**   **_ PLAINTIFF**  **_ DEFENDANT**

Motion taken under advisement as of:  October 1, 2020.

X ORDER TO BE ISSUED  __ NO SEPARATE ORDER TO BE ISSUED __ R&R TO BE ISSUED __ NO R&R TO BE ISSUED

__ Exhibits retained by the Court      __ Exhibits returned to counsel

                                            s/ James G. Sadkovich___
                                                Signature of Law Clerk